| | |
|---|---|
| **FITZGERALD MONROE FLYNN PC** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| JACK FITZGERALD (SBN 257370) | David D. Samani, SB# 280179 |
| *jfitzgerald@fmfpc.com* | *David.Samani@lewisbrisbois.com* |
| MELANIE MONROE (SBN 275423) | Patrik Johansson, SB# 231769 |
| *mmonroe@fmfpc.com* | *Patrik.Johansson@lewisbrisbois.com* |
| TREVOR FLYNN (SBN 253362) | 633 West 5th Street, Suite 4000 |
| *tflynn@fmfpc.com* | Los Angeles, California 90071 |
| PETER GRAZUL (SBN 342735) | Phone: 213-250-1800 |
| *pgrazul@fmfpc.com* | Facsimile: 213-250-7900 |
| 2341 Jefferson Street, Suite 200 | |
| San Diego, California 92110 | |
| Phone: (619) 215-1741 | ***Attorneys For Defendant*** |

***Attorneys for Plaintiff***

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL RODRIGUEZ, on behalf of herself, all others similarly situated, and the general public, <br><br> Plaintiff, <br><br> v. <br><br> EQUAL EXCHANGE, INC., <br><br> Defendant. | Case No. 23-cv-00055-AGS-SBC <br><br> **JOINT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> [Fed. R. Civ. P. 41(a)(1)(A)(ii)] <br><br> Judge: Hon. Andrew G. Schopler |

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), by and through a stipulation between the parties, Plaintiff respectfully requests the Court dismiss this matter without prejudice.

Dated: March 14, 2025         Respectfully Submitted,

/s/ Trevor Flynn
Trevor Flynn
**Counsel for Plaintiff**

Dated: March 14, 2025         Respectfully Submitted,

/s/ David Samani
David Samani
**Counsel for Defendant**

## ATTESTATION OF FILER

I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 14, 2025         Trevor Flynn
Trevor Flynn